UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IRONWORKERS LOCAL 397 PENSION
FUND, et al.,

    Plaintiffs,

v.                                     Case No. 8:08-cv-2020-T-30MAP

PRINCETON CONSTRUCTION CO., INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Dismissal With Prejudice (Dkt. #10) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** with prejudice subject to the right of any party to re-open the action within <u>one-hundred ninety (190) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to re-open the action, *upon good cause shown*. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on January 14, 2009.

                                             JAMES S. MOODY, JR.
                                             UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2008\08-cv-2020.dismissal 10.wpd